

ANTHONY P. BADARACCO
Partner
(212) 415-9354
FAX (212) 658-9569
badaracco.anthony@dorsey.com

May 22, 2024

**Via ECF**

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: ***Canon U.S.A., Inc. v. Sysorex Government Services, Inc.*, No. 2:23-cv-08001-DLI-LGD**

Dear Judge Irizarry:

    I write on behalf of Plaintiff Canon U.S.A., Inc. ("Canon USA") to inform the Court that, pursuant to the Court's May 2, 2024 Order, Canon USA promptly served upon Defendant Sysorex Government Services, Inc. the Report and Recommendations (Dkt. No. 14) on Canon USA's motion for default judgment. *See* Dkt. No. 15 (proof of service of Report and Recommendations). Furthermore, more than fourteen days have now passed since the date of service with no response from Defendant.

                                                Respectfully,

                                               /s/ *Anthony P. Badaracco*
                                             Anthony P. Badaracco

cc:    All counsel of record (by ECF)