UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CANON U.S.A., INC.,

                          Plaintiff,                      JUDGMENT

       v.                                              23-cv-8001 (DLI) (LGD)

SYSOREX GOVERNMENT SERVICES, INC.,

                          Defendant.

----------------------------------------------------------------X

        An Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on September 26, 2024, adopting the Report and Recommendation of Magistrate Lee G. Dunst, dated May 1, 2024, granting Plaintiff's motion for default judgment against Defendant; and directing the Clerk of the Court to enter judgment against Defendant and award Plaintiff as follows: (1) $700,110.58 for the breach of contract claims (principal amount of $642,699.96 and late charges of $57,410.62); (2) $18,985.00 in attorneys' fees; (3) $402.00 in litigation costs; (4) $172.63 per day in prejudgment interest from September 30, 2023, until the date of entry of judgment; and (5) post-judgment interest pursuant to 28 U.S.C. § 1961; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the interest being $62,664.69; it is

        ORDERED and ADJUDGED that Plaintiff's motion for default judgment against Defendant is granted; and that judgment is hereby entered in favor of Plaintiff and against Defendant in the total amount of $782,162.27 plus post-judgment interest pursuant to 28 U.S.C. § 1961.

Dated: Brooklyn, New York                                         Brenna B. Mahoney
       September 27, 2024                                     Clerk of Court

                                                                 By:    */s/Jalitza Poveda*
                                                                          Deputy Clerk